UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICKY RAY MILTON, SR., | ) | No. CV 09-888 DOC (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| J. F. SALAZAR, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 1, 2011

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge